**File Hashes for IP Address 98.209.124.170**

**ISP:** Comcast Cable Holdings, LLC
**Physical Location:** Ann Arbor, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/22/2015 17:19:22 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 06/13/2014 21:30:01 | 66240EA4FE9970A3BE7B99E9A97EE10D833DF60F | Hot Orgasm |
| 01/26/2014 20:09:28 | A26AF7478081B7D3708B4F1CA86F9F344B7174F5 | Season of Love |
| 01/26/2014 20:09:21 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 01/26/2014 18:34:59 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 01/26/2014 18:29:10 | 50382B6B4E631CB819FBD4C6ECE28437FDE333C6 | So Young |

**Total Statutory Claims Against Defendant: 132**

EXHIBIT A

NEMI269