IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                              Civil Action No. 4:15-cv-11502-TGB-APP

JOHN DOE subscriber assigned IP address
98.209.124.170,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 98.209.124.170.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  August 31, 2015

                                                  Respectfully submitted,

                                                  By:  /s/ *Paul J. Nicoletti*
                                                Paul J. Nicoletti
                                                pauljnicoletti@gmail.com
                                                NICOLETTI LAW, PLC
                                                33717 Woodward Avenue, Suite #433
                                                Birmingham, Michigan 48009
                                                Phone:  (248) 203-7800
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                     By: /s/ *Paul J. Nicoletti*
                                                     Paul J. Nicoletti